Teresa H. Pearson, P.C., OSB No. 953750
teresa.pearson@millernash.com
MILLER NASH LLP
3400 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, Oregon  97204-3699
Telephone:  (503) 224-5858
Fax:  (503) 224-0155

Attorneys for Receiver
Pivotal Solutions, Inc.

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>Orchards Village Investments, LLC,<br><br>    Debtor. | Case No. 09-30893-rld11<br><br>Chapter 11<br><br>Adversary Proceeding Case No.<br><br>**RECEIVER'S MOTION TO DISMISS BANKRUPTCY CASE, OR IN THE ALTERNATIVE, TO EXCUSE COMPLIANCE WITH 11 U.S.C. §543**<br><br>**(Oral Argument Requested)** |

    Pivotal Solutions, Inc. (the "Receiver") hereby moves this Court for an order

dismissing this case.  In the alternative, the Receiver moves for an order excusing its compliance

with the requirements of 11 U.S.C. §543.  This motion is supported by the memorandum of law

in support of the motion, the declaration of Richard A. Hooper, and the declaration of Teresa H.

Pearson, filed contemporaneously with this motion.

**Page 1 of 2** Receiver's Motion to Dismiss Bankruptcy Case, or in the Alternative, to Excuse
     Compliance with 11 U.S.C. §543

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE: (503) 224-5858
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204-3699

DATED this 17th day of February, 2009

MILLER NASH LLP

/s/ Teresa H. Pearson
_____

Teresa H. Pearson, P.C.
OSB No. 953750
teresa.pearson@millernash.com
Phone: (503) 224-5858
Fax: (503) 224-0155

Attorneys for Receiver Pivotal Solutions, Inc.

PDXDOCS:1823537.1                    MILLER NASH LLP
                                    ATTORNEYS AT LAW
                                  TELEPHONE: (503) 224-5858
                                  3400 U.S. BANCORP TOWER
                                    111 S.W. FIFTH AVENUE
                                  PORTLAND, OREGON  97204-3699